ABSALOM CRISTOBAL
1017 L STREET # 750
SACRAMENTO, CA 95814
(415) 948-7360

*RECEIVED 2011 APR -1 P 2:58 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*FILED APR X 1 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

FEDERAL DISTRICT COURT
NORTHERN CALIFORNIA DISTRICT
450 GOLDEN GATE AVE.
16TH FLOOR
SAN FRANCISCO, CA 94102

Judge Zimmerman:
Case # C10- 4300

RE: *Absalom Cristobal V. Securitas Security Services USA Inc & Service Employees International Union Local 24/7*

Dear Judge Zimmerman I am writing this letter to request that the above entitled action be dismissed, in its' entirety against all the parties named above, without prejudice.

*It is Ordered that this Request is Granted, this case is dismissed, each side to bear its own costs.*

DATED: 4/5/2011

*[signature: Bernard Zimmerman]*

Thank You.

*[signature]*
Absalom Cristobal

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*